DAVID W. RIZK – CABN # 284376
RIZK & SHEARER LLP
466 Geary Street, Suite 201
San Francisco, CA 94102
Telephone: (415) 517-9044
Email: drizk@rs-llp.com

Counsel for Defendant PAVELESCU

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CRISTIAN PAVELESCU,<br>Defendant. | Case Nos. 4:26-mj-71190 MAG<br>4:26-mj-71185 MAG<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER** |

These matters are on for a detention hearing on September 30, 2026. The defendant respectfully requests a continuance of proceedings to October 8, 2026, in order to enable the defense to prepare further for the detention hearing. The government has no objection to a continuance, and the parties agree that time should be excluded given the government's pending motions. 18 U.S.C § 3161(h)(1)(D).

IT IS SO STIPULATED.

//

//

//

September 30, 2026
Date

RIZK & SHEARER LLP

/S

DAVID W. RIZK
Counsel for Mr. Pavelescu

September 30, 2026
Date

CRAIG MISSAKIAN
United States Attorney
Northern District of California

/S

DAVID WARD
Assistant United States Attorney

IT IS SO ORDERED.

September 30, 2026
Dated

HON. THOMAS S. HIXSON
United States Magistrate Judge